### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

**MANUEL RODRIGUEZ**,

      Plaintiff,

vs.                                     **CIVIL No. 03-1436 MCA/DJS**
                                           Criminal No. 02-1664 MCA

**UNITED STATES OF AMERICA**,

      Defendant.

### ORDER AND JUDGMENT

This matter having come before the Court on the proposed findings and recommended disposition of the United States Magistrate Judge, objections to the proposed findings and recommended disposition having been filed, and the Court having made a *de novo* determination of the Magistrate Judge's proposed findings and recommended disposition;

**IT IS HEREBY ORDERED** that the proposed findings and recommended disposition of the United States Magistrate Judge are adopted by the Court;

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that this action be, and hereby is, dismissed with prejudice.

**SO ORDERED** this 31st day of January, 2007, in Albuquerque, New Mexico.

                                                               **M. CHRISTINA ARMIJO**
                                                               United States District Judge